JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARLEN GARAS,

Plaintiff,

v.

MARKWAYNE MULLIN, ET AL.,

Defendants.

No. 8:26-cv-01315-DOC-SK

**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [10]**

Hon. David O. Carter
United States District Judge

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until November 21, 2026. In the event that adjudication is not completed and/or the case dismissed by November 21, 2026, the parties will file a further status report to the Court by that date.

Dated: August 6, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE